UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan Mark Rack<br>aka Jonathan M Rack<br>aka Jonathan Rack<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>Movant<br><br>Jonathan Mark Rack<br>aka Jonathan M Rack<br>aka Jonathan Rack<br>Dawn Rack - Co-Debtor<br>Jack N. Zaharopoulos, Trustee<br>Respondents | Case No.: 5:22-bk-01565-MJC<br><br>Chapter: 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: 1/12/23 @ 10:00 a.m.<br><br>Objection Deadline:<br>1/05/2023 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Amended Motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust (on behalf of itself and together with any successor and/or assigns, "Movant"), Dkt. # 24, no responses having been filed thereto, good cause appearing therefore, and after a hearing held on January 12, 2023, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. §1301, is hereby vacated for cause pursuant to 11 U.S.C. §§ 362(d)(1)-(2) to permit Movant to exercise all rights available to it under applicable law with respect to the real property at 5327 Maple Lane Cresco, PA 18326 ("Property"); and it is further

**ORDERED** that the Co-Debtor stay in effect as it pertains to Dawn Rack pursuant to §1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and/or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 12, 2023